# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1492
_____

United States of America

*Plaintiff - Appellee*

v.

Dreshawn Charles Marquis Dudley

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa
_____

Submitted: June 26, 2023
Filed: June 29, 2023
[Unpublished]
_____

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Dreshawn Dudley appeals after the district court[1] revoked his supervised release and sentenced him to 8 months in prison and 12 months of supervised release.

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

His counsel has moved to withdraw and has filed a brief arguing the revocation sentence was substantively unreasonable.

Upon careful review, we conclude Dudley's sentence was not unreasonable, as there is no indication the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (reviewing the district court's decision to revoke supervised release for abuse of discretion); *United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (explaining a revocation sentence may be unreasonable if the district court fails to consider a relevant 18 U.S.C. § 3553(a) factor, gives significant weight to an improper or irrelevant factor, or commits a clear error of judgment); *United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004) (stating a district court need not mechanically list every § 3553(a) factor when sentencing a defendant upon revocation; all that is required is consideration of relevant matters and some reason for the sentencing court's decision).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____